**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MICHEL TOLIVER,

                                   Plaintiff,

              -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, *et al.*,

                             Defendants.

---

MICHEL TOLIVER,

                                   Plaintiff,

              -against-

P.H.S. CORP. AND MENTAL HEALTH-
KEPPLINPHILLIPS, *et al.*,

                             Defendants.

---

MICHEL TOLIVER,

                                   Plaintiff,

              -against-

CITY OF NEW YORK, *et al.*,

                             Defendants.

---

10 Civ. 00822 (RJS)(JCF)
10 Civ. 05355 (RJS)(JCF)
10 Civ. 07798 (RJS)(JCF)

**NOTICE OF APPEARANCE
OF *PRO BONO* COUNSEL**

To the Clerk of this Court and all parties of record:

Please enter my appearance as *pro bono* counsel in this case on behalf of

Plaintiff Michel Toliver.

I certify that I am admitted to practice in this Court.

Dated:  December 18, 2013

CRAVATH, SWAINE & MOORE LLP,

by

s/ Helam Gebremariam
Helam Gebremariam

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
hgebremariam@cravath.com

*Attorneys for Plaintiff Michel Toliver*