UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHEL TOLIVER,<br><br>                                        Plaintiff,<br><br>          -against-<br><br>NEW YORK CITY DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                                        Defendants.<br>MICHEL TOLIVER,<br><br>                                        Plaintiff,<br><br>          -against-<br><br>P.H.S. CORP. AND MENTAL HEALTH-KEPPLINPHILLIPS, *et al.*,<br><br>                                        Defendants. | 10 Civ. 00822 (RJS)(JCF)<br>10 Civ. 05355 (RJS)(JCF)<br><br>NOTICE OF APPEARANCE<br>OF *PRO BONO* COUNSEL |

To the Clerk of this Court and all parties of record:

   Please enter my appearance as *pro bono* counsel in this case on behalf of

Plaintiff Michel Toliver.

   I certify that I am admitted to practice in this Court.

Dated:  October 17, 2014

                                        CRAVATH, SWAINE & MOORE LLP,

                                           by

                                                 /s/ Adam I. Rich
                                        ─────────────────────────────
                                                  Adam I. Rich

                                        Worldwide Plaza
                                        825 Eighth Avenue
                                        New York, NY 10019
                                        (212) 474-1000
                                        arich@cravath.com

                                        *Attorneys for Plaintiff Michel Toliver*