# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

| | | |
|---|---|---|
| STUART W. GOLD | SANDRA C. GOLDSTEIN | GEORGE E. ZOBITZ |
| JOHN W. WHITE | THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS |
| EVAN R. CHESLER | MICHAEL S. GOLDMAN | DARIN P. MCATEE |
| MICHAEL L. SCHLER | RICHARD HALL | GARY A. BORNSTEIN |
| RICHARD LEVIN | JULIE A. NORTH | TIMOTHY G. CAMERON |
| KRIS F. HEINZELMAN | ANDREW W. NEEDHAM | KARIN A. DEMASI |
| B. ROBBINS KIESSLING | STEPHEN L. BURNS | LIZABETHANN R. EISEN |
| ROGER D. TURNER | KEITH R. HUMMEL | DAVID S. FINKELSTEIN |
| PHILIP A. GELSTON | DAVID J. KAPPOS | DAVID GREENWALD |
| RORY O. MILLSON | DANIEL SLIFKIN | RACHEL G. SKAISTIS |
| FRANCIS P. BARRON | ROBERT I. TOWNSEND, III | PAUL H. ZUMBRO |
| RICHARD W. CLARY | WILLIAM J. WHELAN, III | JOEL F. HEROLD |
| WILLIAM P. ROGERS, JR. | SCOTT A. BARSHAY | ERIC W. HILFERS |
| JAMES D. COOPER | PHILIP J. BOECKMAN | GEORGE F. SCHOEN |
| STEPHEN L. GORDON | ROGER G. BROOKS | ERIK R. TAVZEL |
| DANIEL L. MOSLEY | WILLIAM V. FOGG | CRAIG F. ARCELLA |
| JAMES C. VARDELL, III | FAIZA J. SAEED | TEENA-ANN V. SANKOORIKAL |
| ROBERT H. BARON | RICHARD J. STARK | ANDREW R. THOMPSON |
| KEVIN J. GREHAN | THOMAS E. DUNN | DAMIEN R. ZOUBEK |
| C. ALLEN PARKER | MARK I. GREENE | LAUREN ANGELILLI |
| SUSAN WEBSTER | DAVID R. MARRIOTT | TATIANA LAPUSHCHIK |
| DAVID MERCADO | MICHAEL A. PASKIN | ERIC L. SCHIELE |
| ROWAN D. WILSON | ANDREW J. PITTS | ALYSSA K. CAPLES |
| CHRISTINE A. VARNEY | MICHAEL T. REYNOLDS | JENNIFER S. CONWAY |
| PETER T. BARBUR | ANTONY L. RYAN | MINH VAN NGO |
| KEVIN J. ORSINI | | |
| MATTHEW MORREALE | | |
| JOHN D. BURETTA | | |
| J. WESLEY EARNHARDT | | |
| YONATAN EVEN | | |
| BENJAMIN GRUENSTEIN | | |
| JOSEPH D. ZAVAGLIA | | |
| STEPHEN M. KESSING | | |
| LAUREN A. MOSKOWITZ | | |
| DAVID J. PERKINS | | |
| JOHNNY G. SKUMPIJA | | |
| J. LEONARD TETI, II | | |
| D. SCOTT BENNETT | | |
| TING S. CHEN | | |
| CHRISTOPHER K. FARGO | | |
| KENNETH C. HALCOM | | |
| DAVID M. STUART | | |

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

December 31, 2014

<u>Toliver v. Cavalli, et al.</u>
<u>10cv0822 (RJS)(JCF); 10cv05355(RJS)(JCF)</u>

Dear Judge Sullivan:

      Effective January 1, 2015, I will be retiring from the firm of Cravath, Swaine & Moore LLP.  Therefore, I request permission to withdraw my appearance on behalf of the Michel Toliver, the plaintiff in these actions.  Karin A. DeMasi, a member of the firm, who is also representing Plaintiff Michael Toliver, will continue to do so. Therefore, my withdrawal from these actions will not cause any delay in the proceedings.  I request that the Clerk be directed to remove my name from the court dockets and from any further electronic notifications related to these actions.

      Respectfully,

      s/ Stuart W. Gold
      Stuart W. Gold

Honorable Richard J. Sullivan
   United States District Court
      Southern District of New York
         500 Pearl Street
            New York, NY 10007-1312

Copy to

Joseph A. Marutollo, Esq.
    Assistant Corporation Counsel
        Special Federal Litigation Division
            New York City Law Department
                100 Church Street
                    New York, NY 10007

Steven M. Silverberg, Esq.
    Assistant Corporation Counsel
        Special Federal Litigation Division
            New York City Law Department
                100 Church Street
                    New York, NY 10007

VIA EMAIL & ECF